UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT COUNCIL NO. 9 NEW YORK - INTERNATIONAL UNION OF PAINTERS AND TRADES,

        Petitioner,

-against-

AAA WINDOWS & DOORS CORPORATION,

        Respondent.

Index No.: 20-CIV-08036 (NSR)

DEFAULT JUDGMENT

---

This action having been commenced on September 29, 2020 by the filing of the Summons, Petition, and Declaration of Counsel for the Petitioner, and a copy of the Summons, Petition, Declaration of Counsel for the Petitioner and supporting Memorandum of Law having been served on the Respondent, AAA Windows & Doors Corporation, via Secretary of State on October 9, 2020 and said Proof of Service having been filed with the Clerk of the Court on October 14, 2020 and the Respondent not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Petitioner has judgment against Respondent in the liquidated amount of Twenty-Four Thousand, Five Hundred and Eighty Nine Dollars and Seventy-Four Cents ($24,589.74), which includes the following: amount of Arbitration Award in the sum of $20,815.74, attorneys' fees in the sum of $3,280.00, and court costs and disbursements of this action in the sum of $494.00.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2021

ORDERED, that the Judgment rendered by the Court on this day in favor of the Petitioner be entered as a final judgment against Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
April 30, 2021

So Ordered:

_____
Honorable Nelson S. Román, U.S.D.J.